# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTINE PETERSEN, ALEX M. AZAR, II and UNITED HEALTHCARE,

Plaintiffs,

v.

DIVERSEY INC., SEALED AIR CORPORATION, CINTAS CORPORATION #2, LIBERTY MUTUAL INSURANCE COMPANY, ABC CORPORATION, and XYZ INSURANCE COMPANY,

Defendants.

Case No. 18-CV-1766-JPS

**ORDER**

On January 17, 2019, all parties who have appeared in this case filed a joint stipulation of dismissal as to defendant Sealed Air Corporation without prejudice and without costs assessed to any party. (Docket #18). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #18) be and the same is hereby **ADOPTED**; defendant Sealed Air Corporation be and the same is hereby **DISMISSED from this action without prejudice**.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge