UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

CHRISTINE PETERSEN,

        Plaintiff,

ALEX M. AZAR II, SECRETARY OF THE
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; and UNITED HEALTHCARE;

        Subrogated Plaintiffs,

v.

DIVERSEY, INC.; CINTAS CORPORATION
NO. 2; ABC CORPORATION and XYZ
INSURANCE CORPORATION,

        Defendants.

Case No.: 18-CV-1766

_____

## STIPULATION FOR DISMISSAL

_____

     Plaintiff Christine Petersen, and Defendants Diversey, Inc. and Cintas Corporation No. 2,
by their counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this
action against Defendants Diversey, Inc. and Cintas Corporation No. 2 are dismissed with
prejudice and without costs to any party.

304063145v1 1014611

Dated this 19th day of July, 2019.

| | |
|---|---|
| /s/ Kathyrn P. Heyer<br>Kathyrn P. Heyer<br>State Bar No. 1030903<br>Attorneys for Plaintiff Christine Petersen<br>**SPERLING LAW OFFICES LLC**<br>100 East Wisconsin Avenue, Suite 1020<br>Milwaukee, WI 53202<br>Phone No. 414-273-7100<br>Fax No. 414-276-9022<br>E-mail Address:<br>Kheyer@MilwaukeeLawFirm.com | /s/ Tomislav Z. Kuzmanovic<br>Tomislav Z. Kuzmanovic<br>State Bar No. 1003563<br>Attorneys for Defendant CINTAS<br>CORPORATION NO. 2<br>**HINSHAW & CULBERTSON LLP**<br>100 E. Wisconsin Avenue, Suite 2600<br>Milwaukee, WI 53202<br>Phone No.  414-276-6464<br>Fax No.  414-276-9220<br>E-mail Address(es):<br>tkuzmanovic@hinshawlaw.com |
| | /s/ Patrick G. Donnelly<br>Patrick G. Donnelly<br>Attorneys for Defendant DIVERSEY, INC.<br>**DONNELLY & HARRIS, LLC**<br>6430 N. Central Ave 207<br>Chicago, Illinois 60646<br>Phone No. 312 564 5210<br>Email address: pdonnelly@donnellyharris.com |

304063145v1 1014611