# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTINE PETERSEN, ALEX M. AZAR, II, and UNITED HEALTHCARE,<br><br>       Plaintiffs,<br><br>v.<br><br>DIVERSEY INC., CINTAS CORPORATION #2, ABC CORPORATION, and XYZ INSURANCE COMPANY,<br><br>       Defendants. | Case No. 18-CV-1766-JPS<br><br><br>**ORDER** |

  On July 19, 2019, the plaintiff, Christine Petersen, and the remaining defendants, Diversey Inc. and Cintas Corporation #2, filed a joint stipulation of dismissal of all claims with prejudice and without costs assessed to any party. (Docket #49). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The defendants' motions for summary judgment, (Docket #38 and #39), will be denied as moot. Cintas Corporation #2's motion to seal, (Docket #48), will be granted. All claims in this case having been dismissed, the Court will dismiss this action in its entirety.

  Accordingly,

  **IT IS ORDERED** that Cintas Corporation #2's motion for summary judgment (Docket #38) and Diversey Inc.'s motion for summary judgment (Docket #39) be and the same are hereby **DENIED as moot**;

  **IT IS FURTHER ORDERED** that Cintas Corporation #2's motion to seal (Docket #48) be and the same is hereby **GRANTED;**

**IT IS FURTHER ORDERED** that the parties' joint stipulation of dismissal (Docket #49) be and the same is hereby **ADOPTED**; defendants Diversey Inc. and Cintas Corporation #2 be and the same are hereby **DISMISSED** from this action with prejudice; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge